United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT HARRY, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>WEDBUSH SECURITIES INC., et al.,<br><br>        Defendants. | Case No. 24-cv-00484-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr., for consideration of whether the case is related to 4:20-cv-07352-HSG *Harry v. KCG Americas LLC*.

**IT IS SO ORDERED.**

Dated: January 30, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**