UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT HARRY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WEDBUSH SECURITIES INC., et al.,<br><br>    Defendants. | Case No. 24-cv-00484-HSG<br><br>**ORDER REVOKING E-FILING PRIVILEGES** |

Plaintiffs filed a motion for a new trial in *Harry v. KCG Americas LLC ("KCG")*, Case No. 20-cv-07352-HSG, Dkt. No. 61.  The Court denied the motion and revoked Plaintiffs' E-Filing privileges.  *See KCG*, Dkt. No. 62.  Because Plaintiffs could no longer file anything in *KCG*, Plaintiffs then filed a "response" to the Court's order in this case.  *See* Dkt. No. 58.  This was improper.  This case is also closed, and as the Court has repeatedly explained, Plaintiffs may not relitigate settled matters in the hope of obtaining a different outcome.  Nor may they evade the pre-filing review requirement in the Court's vexatious litigant order by filing documents in closed cases.  *See KCG*, Dkt. No. 39.

To enforce the pre-filing review requirement and preclude Plaintiffs from continuing to e-file unscreened documents in this closed case, the Court **REVOKES** Plaintiffs' E-Filing privileges in this case as well.  The Clerk is directed not to accept any further filings in this closed case.

**IT IS SO ORDERED.**

Dated: 11/18/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge